UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TRACIE ANN HANNAH,

      Plaintiff,

v.                                            Case No. 8:13-cv-1082-T-24 TBM

CAROLYN W. COLVIN, Acting
Commissioner of the United States
Social Security Administration,

      Defendant.
_____/

**O R D E R**

This cause comes before the Court for consideration of Plaintiff's complaint seeking review of the decision of the Commissioner of the Social Security Administration. (Doc. No. 1). This complaint was considered by the United States Magistrate Judge, pursuant to a specific order of referral. Magistrate Judge McCoun has filed his report recommending that the Commissioner's decision be reversed. (Doc. No. 16). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed. Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED AND ADJUDGED** that

      (1)     The Magistrate Judge's Report and Recommendation (Doc. No. 16) is adopted and incorporated by reference in this Order of the Court;

  (2)  The decision of the Commissioner of the United States Social Security Administration is **REVERSED**, and the case is remanded for further proceedings before the Commissioner; and

  (3)  The Clerk is directed to enter judgment in favor of Plaintiff and to close the case.

  **DONE AND ORDERED** at Tampa, Florida, this 24th day of June, 2014.

                   SUSAN C. BUCKLEW
                   United States District Judge

Copies to:
The Honorable Thomas B. McCoun III
Counsel of Record